UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

ANGELO TRUITT,

        *Petitioner*,

v.

BOBBY MEEKS,

        *Respondent*.

Civil Action No. 14-216

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 4] is **DENIED**.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 3rd day of August, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE